JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL K. LEE and YAEYEON LEE, ) | Case No.: CV 12-2005 DSF (JCx) |
| Plaintiffs, ) | |
| vs. ) | JUDGMENT |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION and DOES 1-10, inclusive, ) | |
| Defendants. ) | |

    The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/20/12

_____
Dale S. Fischer
United States District Judge